THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GEORGE HEWITT, Respondent.

Submitted September 29, 1939; decided November 21, 1939.

*Henry Hirschberg, District Attorney,* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein, Joseph A. McLaughlin* and *Maurice H. Matzkin* of counsel), for Industrial Commissioner of State of New York, *amicus curiæ.*

*J. Allan Ballman* for respondent.

Order of the County Court reversed and judgment of the Court of Special Sessions affirmed on the authority of *People* v. *Creeden* (281 N. Y. 413). No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: O'BRIEN, J.